UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

26mj45

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| Plaintiff, | ) | 18 U.S.C. § 111(a)(1) |
| v. | ) | |
| JOSE ROBERTO RAMIREZ, | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**
(Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about January 8, 2026, in the State and District of Minnesota, the defendant,

**JOSE ROBERTO RAMIREZ,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with person designated in 18 U.S.C. § 1114, to wit: an Immigration and Customs Enforcement employee, while such officer and employee was engaged in and on account of the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

Dated: February 17, 2026  　　DANIEL N. ROSEN
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　/s/   *Michael Hakes-Rodriguez*
　　　　　　　　　　　　　　　BY:  MICHAEL HAKES-RODRIGUEZ
　　　　　　　　　　　　　　　Special Assistant United States Attorney



SCANNED
FEB 17 2026
U.S. DISTRICT COURT MPLS