UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-45 (KMM/DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEET AND CONFER STATEMENT** |
| v. | ) | |
| | ) | |
| JOSE ROBERTO RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

On April 17, 2026, Special Assistant United States Attorney William L. Richards and Jordan Kusher, counsel for the defendant, conferred by telephone regarding the Government's Notice of Intent to Call Witnesses for the motions and suppression hearing scheduled for April 22, 2026. Defense counsel advised that he has no objection to the Government's addition of witnesses for the suppression hearing.

Dated: April 17, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/William L. Richards*
BY: William L. Richards
Attorney ID No.: 5445002NY
Special Assistant U.S. Attorney
300 South 4th Street, Suite 600
Minneapolis, MN 55415
T: 612.664-5600| C: 202-230-8076
Email: William.Richards@usdoj.gov